**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6805**

_____

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

                Plaintiff - Appellant,

     v.

BRANDY WALKER MCBEE; J. MARK HAYES; DESIREE ALLEN; DONALD ZELENKA; ALAN WILSON; JEAN TOAL,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  R. Bryan Harwell, District Judge. (2:14-cv-02663-RBH)

_____

Submitted:  August 27, 2015       Decided:  September 1, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Holland Koon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Holland Koon appeals the district court's order accepting the recommendation of the magistrate judge, as modified, and dismissing without prejudice Koon's amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koon v. McBee, No. 2:14-cv-02663-RBH (D.S.C. May 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED